USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __07/02/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x
**DARIUS BATTS,**

        **Plaintiff,**

  -against-

**DEPARTMENT OF CORRECTIONS, ET AL.,**

        **Defendants.**

-------------------------------------------------------------------- x

**20-CV-9406 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The Clerk of Court is respectfully directed to update the docket and amend the caption in this case to reflect Plaintiff's correct address:

> **Mr. Darius Batts**
> **# 21A0134**
> **P.O. Box 2500**
> **Mid-State Correctional Facility**
> **Marcy, NY 13403-0216**

The Clerk of Court is also respectfully directed to mail Plaintiff the Order to Show Cause at ECF No. 10 and the instant order and note service on the docket.

Plaintiff shall have until **July 30, 2021** to respond to the Order to Show Cause. Failure to make the required showing will result in a dismissal of this case without prejudice. Plaintiff is also reminded of his responsibility to promptly update the Court with any changes to his contact information.

**SO ORDERED.**

**Dated:  July 2, 2021**
     **New York, New York**

                */s/ Andrew L. Carter*
                _____
                **ANDREW L. CARTER, JR.**
                **United States District Judge**